JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER LOPEZ, et al., | NO. CV 10-01933 SJO (PJWx) |
| Plaintiffs, | |
| v. | **JUDGMENT BY COURT**<br>[Docket No. 16] |
| TOWER SECURITY SERVICES, et al., | |
| Defendants. | |

Based on this Second Application for Default Judgment and the evidence submitted with the Application, the Court **GRANTS** judgment in favor of Plaintiffs Javier Lopez, Eric Rizo, and John Rodriguez against Defendants Tower Security Services, Roberto Polanco, and Darryl Jones in the amount of $35,864.57. This amount includes $31,729.50 in damages, $1,093.50 in interest, $2,569.38 in attorney's fees, and $472.19 in other costs.

IT IS SO ORDERED.

Dated: August 10, 2010.

_S. James Otero_

---
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE